# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID LAWRENCE DIXON, | : | No. 77 WM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA AND COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Mandamus and Extraordinary Relief is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.